734 A.2d 1279

Dorothea MURRAY, Executrix of the Estate
of Perry Murray, Deceased, Appellant,

v.

HAMOT MEDICAL CENTER OF THE CITY OF
ERIE, a Corporation and Community Blood
Bank of Erie County, a Corporation.

Supreme Court of Pennsylvania.

Sept. 8, 1999.

Jay N. Silberblatt, Pittsburgh, for Dorothea Murray.

John W. Beatty, Erie, for Community Blood Bank.

Jason A. Archinaco, Pittsburgh, for Hamot.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY,
CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice CAPPY dissents and would reach the merits of the
case.